■ In the Matter of BROOKLYN BAR ASSOCIATION, Petitioner v. ABRAHAM LEVINE, Respondent.— In a proceeding to discipline respondent, an attorney at law, the Referee has filed his report in which he finds respondent guilty of the charges made and recommends that respondent be suspended from the practice of law for a period of 60 days. Petitioner moves to confirm the report. Motion granted; the Referee's report is confirmed; and respondent is suspended from the practice of the law for the period of 60 days, commencing 10 days after entry of the order hereon. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ (A) NASSAU GLASS CORP., Respondent, v. CHARLES DE MARCO, Doing Business as SMITHTOWN AUTO GLASS AND AUTO BODY, Appellant. (B) ANTHONY OLLEARO, Appellant, v. JENNIE GAZZA, Doing Business as WHITMAN LANES, Respondent.— [In each action] Motion by respondent to dismiss appeal granted, with $10 costs; appeal dismissed. Beldock, P. J., Brennan, Rabin and Hopkins, JJ., concur.

■ NATALIE OBIDZINSKI, Appellant, v. CHESTER OBIDZINSKI, Respondent.— Motion by respondent to dismiss appeal granted; appeal dismissed. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ In the Matter of FRANK D. BANTA, Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles of the State of New York, Respondent.— In a proceeding under article 78 of the Civil Practice Act, to annul respondent's determination suspending petitioner's motor vehicle operator's license, respondent moves to vacate the stay of the enforcement of such determination, contained in an order of the Supreme Court, Westchester County, dated November 14, 1961, which transferred this proceeding to this court for disposition, pursuant to section 1296 of the Civil Practice Act. Motion granted; stay vacated. Beldock, P. J., Brennan, Hill and Rabin, JJ., concur; Hopkins, J., not voting.